AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Kinera Love

V.

Dollar General Corporation
D/B/A Dolgencorp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-cv-01147-MHT

TO: (Name and address of Defendant)

Dollar General Corporation D/B/A Dolgencorp.
c/o CSC Lawyers Incorporating Service
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lateefah Muhammad
Lateefah Muhammad PC
PO Box 1096
Tuskegee, AL 36087-1096
334-727-1997
Fax: 334-727-1997
Email: lateefahmuhammad@aol.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                  12/29/06

CLERK                                              DATE

(By) DEPUTY CLERK