**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
JAMES S. BELLAMY
Agent for Constr & Howard, P.C.

C. Date of Delivery

1. Article Addressed to:

    **Dollar General Corporation D/B/A Dolgencorp.**
    **c/o CSC Lawyers Incorporating Service**
    **150 South Perry Street**
    **Montgomery, AL 36104**

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

06CV1147
SRW

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7000 1530 0005 9797 3437

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540