IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KINERA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv1147-MHT |
| | ) | |
| DOLLAR GENERAL | ) | |
| CORPORATION, | ) | |
| d/b/a DOLGENCORP., INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendant's motion to compel (Doc. # 8), filed April 25, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Plaintiff shall provide initial disclosures and responses to discovery to defendants on or before May 3, 2007.

DONE, this 26th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE