IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.3:06cv1147-MHT |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| d/b/a DOLGENCORP, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of defendant's motion to compel (Doc. # 12), filed July 10, 2007, and for good cause, it is

ORDERED that the motion to compel be and hereby is DENIED without prejudice. Counsel for all parties are DIRECTED to meet and confer in person or by telephone on or before July 31, 2007 concerning the subject of the motion. The motion to compel may be renewed if counsel cannot resolve this matter satisfactorily. If the motion is renewed, the Court may consider sanctions against the losing party in accordance with Fed. R. Civ. P. 37(a)(4) in the absence of substantial justification for the losing party's position.

DONE, this 12th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE