IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1147-MHT |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| doing business as ) | |
| Dolgencorp, Inc., ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 14) is set for submission, without oral argument, on January 22, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 3rd day of January, 2008.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE