IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KINERA LOVE,                    )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )    3:06cv1147-MHT
                                )
DOLLAR GENERAL CORPORATION,     )
doing business as               )
Dolgencorp, Inc.,               )
                                )
    Defendant.                  )
```

ORDER

It is ORDERED that the motion to delay (Doc. No. 18) is denied without prejudice for the following reason: This court has made clear that, "[a]bsent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 7), § 9(B). The movant has failed to offer any explanation as to why her motion was filed just before the deadline in this case (indeed, the Saturday before the next business day), rather than many

days, or even weeks, in advance--especially since it appears from the record that, weeks before now, movant should have known about the circumstances supposedly warranting a delay.

DONE, this the 22nd day of January, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE