## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **KINERA LOVE,** | ) |
| **Plaintiff,** | ) |
| | )   **CASE NO.:** |
| **v.** | )   **03-06cv1147-MHT-SRW** |
| | ) |
| **DOLLAR GENERAL CORPORATION,** | ) |
|   **d/b/a DOLGENCORP, INC.,** | ) |
|     **Defendant.** | ) |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

The Plaintiff, by and through her attorney of record, respectfully submits this Motion for Reconsideration to this Honorable Court of Its Order issued 22 January 2008 **(Doc. #19)**, denying the Plaintiff's Motion to Delay Response to Defendant's Motion for Summary Judgment to Allow Discovery Responses to be Submitted **(Doc. #18)**. As grounds, the Plaintiff offers the following for the Court's consideration:

1. That the Plaintiff did not make the request to delay responding to the Defendant's Motion for Summary Judgment **(Doc. #14)** in disrespect of the Court's Scheduling Order requirement regarding the timeliness of such requests; however, the Plaintiff was expecting the Defendant to submit its discovery responses in a timely manner;

2. That the opposing counsel informed the Plaintiff's attorney during their face-to-face settlement conference on 15 January 2008 that the responses were forthcoming; however, the Plaintiff's counsel did not receive the responses prior to the filing of the Plaintiff's Motion to Delay **(Doc. #18)**. In addition, the Parties entered into negotiations to settle the dispute between them during the settlement conference, and the Plaintiff agreed that it was plausible to consider settling her

case. However, settlement negotiations stalemated without consummation;

3. That the Plaintiff's counsel has received a message from the opposing counsel on today's date informing her that the discovery responses were sent out on 16 January 2008, by facsimile and by regular mail; however, the Plaintiff's counsel informed opposing counsel that no such responses have been received;

4. That the opposing counsel offered to send an email of the responses to the Plaintiff's counsel;

5. That the Plaintiff would have filed an earlier request to delay responding had there been any indication that the responses were not going to be submitted in a timely manner;

6. That the Plaintiff anticipates that once the discovery responses have been received, she will only need an additional 5-7 days to respond, provided there are no issues to compel responses; and,

7. That this Honorable Court has the discretion to reconsider this matter and to set aside Its earlier Order.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will reconsider this matter and allow the Plaintiff an opportunity to respond to the Defendant's Motion for Summary Judgment after she has received the discovery responses.

Respectfully submitted,

*s/Lateefah Muhammad*
Lateefah Muhammad  (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF
Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 22 January 2008, I electronically filed the foregoing Motion to Delay Response to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ryan Aday, Esquire, attorney for Defendant.

                                *s/Lateefah Muhammad*
                                Lateefah Muhammad