IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1147-MHT |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| doing business as ) | |
| Dolgencorp, Inc., ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that plaintiff Kinera Love's motion for reconsideration (Doc. No. 20) is set for on-the-record oral argument on January 25, 2008, at 2:00 p.m. Counsel for the plaintiff Love is to arrange for the argument to be conducted by telephone.

DONE, this the 24th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE