**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **KINERA LOVE,** ) | |
|     **Plaintiff,** ) | |
| ) | **CASE NO.:** |
| **v.** ) | **03-06cv1147-MHT-SRW** |
| ) | |
| **DOLLAR GENERAL CORPORATION,** ) | |
|   **d/b/a DOLGENCORP, INC.,** ) | |
|     **Defendant.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

The Plaintiff, Kinera Love, in the above-captioned matter, and in accordance with the Order of this Court, hereby makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This Party is an individual. This Party further certifies to this Court that there are no reportable relationships that could potentially pose a financial or professional conflict for a judge, particularly as it relates to this Party, the Plaintiff herein. The Plaintiff shall file a supplemental disclosure statement if, during the pendency of the case, any reportable entities develop.

RESPECTFULLY SUBMITTED on this    24th    day of January, 2008.

*s/Lateefah Muhammad*
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee Institute, Alabama 36087
(334) 727-1997
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on 24 January 2008, I electronically filed the foregoing Conflict Disclosure Statement to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ryan Aday, Esquire, attorney for Defendant.

                          *s/Lateefah Muhammad*
                          Lateefah Muhammad