IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KINERA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | |
| DOLLAR GENERAL | ) | 3:06-CV-1147-MHT |
| CORPORATION, | ) | |
| d/b/a DOLGENCORP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Dolgencorp, Inc.[1] ("Defendant" or "Dolgencorp"), by and through its undersigned counsel, states that Dolgencorp is a wholly owned subsidiary of Dollar General Corporation, a publicly traded company (NYSE: DG). Dollar General Corporation is the ultimate parent company.

Respectfully submitted,

s/ Christopher W. Deering
Bar No.: ASB-5555-I71C

s/ Ryan M. Aday
Bar No.: ASB-3789-A54A

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.

---

[1] Defendant Dollar General Corporation was not Plaintiff's employer and, therefore, is incorrectly named in the Complaint. Plaintiff's employer was Dolgencorp, Inc.

                    Ogletree, Deakins, Nash,
                      Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lateffah Muhammad – lateefahmuhammad@aol.com

                                  s/Ryan M. Aday
                                  Ryan M. Aday
                                  Attorney for Defendant,
                                  Dolgencorp, Inc.