IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv1147-MHT |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| doing business as ) | |
| Dolgencorp, Inc., ) | |
| ) | |
| Defendant. ) | |

ORDER

Based on the representations made during on-the-record oral argument on January 25, 2008, it is ORDERED as follows:

(1) The motion for reconsider (Doc. No. 20) is granted.

(2) The motion for summary judgment (Doc. No. 14) is reset for submission, without oral argument, on February 1, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 28th day of January, 2008.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE