IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KINERA LOVE,                    )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )     3:06cv1147-MHT
                                )
DOLLAR GENERAL CORPORATION,     )
doing business as               )
Dolgencorp, Inc.,               )
                                )
    Defendant.                  )
```

NOTICE

Following the parties' conference call on January 25, 2008, the court has decided not to impose sanctions on plaintiff's counsel.  However, plaintiff's counsel is informed (and warned) that, in all future cases before this court, she should not wait and pursue discovery at the last minute but instead should pursue discovery sufficiently early that any issues that arise in discovery may be resolved in a timely manner.  In future

cases, the court will impose sanctions for tardy discovery by counsel for plaintiff.

DONE, this the 29th day of January, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**