RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 03-06cv1147-MHT-SRW |
| | ) |
| DOLLAR GENERAL CORPORATION, | ) |
| d/b/a DOLGENCORP, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO SEAL CERTAIN CONFIDENTIAL DOCUMENTS**

The Plaintiff, by and through her attorney of record, files this Motion to Seal Certain Confidential Documents in the above-styled cause, under the Consent Protective Order issued in this matter. As grounds, she submits the following for the Court's consideration:

1. The Plaintiff has submitted several documents deemed confidential as evidence in this case in support of her Opposition Brief to the Defendant's Motion for Summary Judgment with Evidentiary Materials;

2. Particularly, the Plaintiff has submitted medical and other records as exhibits, indicated by a cover sheet that gives notice of the document deemed confidential under the Consent Protective Order, under paragraph 10, issued in this case, and that the exhibits are not to be published;

3. The Plaintiff avers that these exhibits are to remain out of the eyes of the public and available only to those persons allowed by the said Consent Protective Order; and,

4. The Plaintiff submits that this Motion is being filed contemporaneously with the Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment with Evidentiary Materials.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will grant her Motion to Seal the specified documents, and such other relief as deemed necessary.

Respectfully submitted,

*/s/ Lateefah Muhammad*
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF


Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Motion to Seal Certain Confidential Documents to Ryan Aday, Esquire, attorney for Defendant, by sending it to OGLETREE DEAKINS, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203, in the United States Mail, postage prepaid and by facsimile on this 3rd day of February, 2008.

*/s/ Lateefah Muhammad*
Lateefah Muhammad

2