IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KINERA LOVE,                   )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )      3:06cv1147-MHT
                               )
DOLLAR GENERAL CORPORATION,    )
doing business as              )
Dolgencorp, Inc.,              )
                               )
    Defendant.                 )
```

ORDER

It is ORDERED that the motion to seal certain confidential documents (Doc. No. 34) is granted.

DONE, this the 4th day of February, 2008.

                               /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE