IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DOLLAR GENERAL CORPORATION, )<br>doing business as )<br>Dolgencorp, Inc., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:06cv1147-MHT |

                           ORDER

It is ORDERED that the motion to allow two-day late filing (Doc. No. 33) is granted.

DONE, this the 4th day of February, 2008.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE