IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | |
| DOLLAR GENERAL ) | 3:06-CV-1147-MHT |
| CORPORATION, ) | |
| d/b/a DOLGENCORP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Dolgencorp, Inc. ("Defendant" or "Dolgencorp") and files its Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support hereof, Dolgencorp states as follows:

1. On December 21, 2007, Dolgencorp filed its Motion for Summary Judgment, Brief in Support, and Evidentiary Submission (collectively the "Summary Judgment Motion").

2. Plaintiff's Opposition to the Summary Judgment Motion (the "Opposition") was originally due on January 22, 2008. However, after two extensions, Plaintiff filed her Opposition on February 4, 2008.

3. Based on the arguments and issues raised in both, the Summary Judgment Motion and the Opposition, Dolgencorp respectfully requests that it be allowed to file a Reply to the Opposition, and that Dolgencorp have until February 18, 2008, to file the Reply.

WHEREFORE, PREMISES CONSIDERED, Dolgencorp respectfully requests that the Court grant this Motion and allow Dolgencorp until February 18, 2008, to file a Reply to Plaintiff's Opposition.

Respectfully submitted,

s/Ryan M. Aday

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.
**Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lateefah Muhammad – lateefahmuhammad@aol.com

s/Ryan M. Aday
Ryan M. Aday
Attorney for Defendant,
Dolgencorp, Inc.

5475418.1

2