IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE,                    )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>     v.                          )<br>                                 )<br>DOLLAR GENERAL CORPORATION,     )<br>doing business as               )<br>Dolgencorp, Inc.,               )<br>                                 )<br>     Defendant.                  ) | CIVIL ACTION NO.<br>3:06cv1147-MHT |

                              ORDER

It is ORDERED as follows:

(1) Defendant's motion for leave to file a reply (Doc. No. 38) is granted.

(2) Defendant is allowed until February 15, 2008, to file a reply.

DONE, this the 5th day of February, 2008.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE