## THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **KINERA LOVE,** | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 03-06cv1147-MHT-SRW |
| | ) |
| **DOLLAR GENERAL CORPORATION,** | ) |
| d/b/a **DOLGENCORP,** | ) |
| Defendant. | ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The Plaintiff, by and through her attorney of record, files this Notice Concerning Settlement Conference and Mediation in the above-styled cause. The Plaintiff represents to this Honorable Court that the Counsel for the Parties met in a face-to-face settlement conference on Tuesday, 15 January 2008 to engage in good faith settlement negotiations. The conference did not result in the settlement of the above dispute. The Plaintiff's counsel considers that mediation will likely assist the Parties in reaching a settlement in this case; however, the Defendant's counsel has not responded whether it concurs or objects.

Respectfully submitted,

*s/Lateefah Muhammad*
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on 12 February 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the Plaintiff's Notice Concerning Settlement Conference and Mediation to Ryan Aday, Esquire, et al.

                                      *s/Lateefah Muhammad*
                                      Lateefah Muhammad