IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | |
| DOLLAR GENERAL ) | 3:06-CV-1147-MHT |
| CORPORATION, ) | |
| d/b/a DOLGENCORP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO WITHDRAW CONSENT PROTECTIVE ORDER**

1.  On January 28, 2008, the Parties filed a Consent Protective Order with the Court in an effort to prevent disclosure of confidential materials used in this litigation to the general public.

2.  After reviewing the Consent Protective Order, the Court telephoned counsel for Dolgencorp and instructed counsel to make certain modifications to the Proposed Protective Order, to file this Motion to Withdraw Agreed Protective Order, and to re-file the Consent Protective Order containing the Court's modifications.

WHEREFORE, PREMISES CONSIDERED the Parties respectfully request that this Court enter an Order withdrawing the previously filed Consent Protective Order.

**MOTION GRANTED**

THIS 14th DAY OF February, 2008

_____
UNITED STATES MAGISTRATE JUDGE