IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE,              )<br>                           )<br>    Plaintiff,             )<br>                           )         CIVIL ACTION NO.<br>    v.                     )           3:06cv1147-MHT<br>                           )<br>DOLLAR GENERAL CORPORATION,)<br>doing business as         )<br>Dolgencorp, Inc.,          )<br>                           )<br>    Defendant.             ) | |

**ORDER**

It is ORDERED that, if plaintiff objects to defendant's motion for an extension of time to file a reply to her opposition to summary judgment (Doc. No. 46), plaintiff must file such objection by noon on February 19, 2008.

DONE, this the 15th day of February, 2008.

                                             /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE