NO PDF ATTACHED TO THIS ENTRY.  SEE [49] MOTION TO STRIKE FOR PDF.