IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE,                         ) | |
|                              ) | |
|     Plaintiff,                 ) | |
|                              ) | CIVIL ACTION NO. |
|   v.                                       ) | 3:06cv1147-MHT |
|                              ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| doing business as                    ) | |
| Dolgencorp, Inc.,                    ) | |
|                              ) | |
|     Defendant.                ) | |

### ORDER

It is ORDERED that the objection and motion to strike (Doc. No. 49) and motion for leave to supplement (Doc. No. 50) are set for submission, without oral argument, on February 27, 2008, with all briefs due by said date.

DONE, this the 19th day of February, 2008.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE