IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KINERA LOVE,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )    3:06cv1147-MHT
                                )
DOLLAR GENERAL CORPORATION,     )
doing business as               )
Dolgencorp, Inc.,               )
                                )
    Defendant.                  )
```

### ORDER

There being no objection within the time allowed, it is ORDERED that defendant's motion for extension of time to file reply (Doc. No. 46) is granted.

DONE, this the 20th day of February, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**