IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v.  ) | 03-06cv1147-MHT-SRW |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
|    d/b/a DOLGENCORP, ) | |
|     Defendant. ) | |

**PLAINTIFF'S REPLY BRIEF
TO DEFENDANT'S OBJECTION AND MOTION TO STRIKE**

The Plaintiff, by and through her attorney of record, files this Reply Brief in response to the Defendant's Objection and Motion to Strike. The Plaintiff respectfully request that this Honorable Court overrule the Defendant's objections and deny its motion to strike. As grounds, the Plaintiff offers the following for the Court's consideration:

**PLAINTIFF'S AFFIDAVIT**

The Plaintiff contends that her Affidavit is not conclusory and does not contradict her prior deposition testimony. It, in fact, supports her deposition testimony. The evidence clearly shows that the Plaintiff reported that she was being discriminated against when she was not promoted to the position of assistant manager at Dolgencorp. Additional evidence of that fact is the telephone record of the call reporting the initial

complaint, as well as the follow-up investigation of the complaint of discrimination.[1]

The Plaintiff's testimony consistently shows she was terminated without knowledge of her suspension. In addition, it is clear to the Plaintiff that the Defendant used the alleged accusations against her to terminate her because the evidence shows that two different Personnel Action Forms were submitted to affect the Plaintiff's termination **(See attached Exhibits B and C)**. In **Exhibit C,** the reason for the Plaintiff's discharge is shown to be "mishandling or failure to protect company funds or assets (cash shortages, borrowing money from Company, etc.). The Plaintiff was never informed of this and was never allowed the opportunity to face her accusers. This is not just a conclusion drawn by the Plaintiff. The evidence speaks for itself. **Id.**

The Plaintiff contends that the best evidence of her statements and of the statements of her key witness, Tiffany Cross, is held by the Defendants. Once this Court compels the Defendants to respond to the Plaintiff's discovery request, she will be in a better position to respond to the Defendant's Objection and Motion to Strike.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will sustain the Defendant's objection and

---

[1] Here, if allowed to supplement this response with the requested discovery, the Plaintiff will insert an exhibit of the company's telephone record of the date and time of the complaint made by the Plaintiff which will show the actual telephone number called and the date(s) on which the complaint was made. The telephone number purports to concur with the one that is displayed

1

deny its request to strike her Affidavit, particularly until she is allowed the opportunity to fully response with the supporting evidence on the additional issues raised in their request.

Respectfully submitted,

*/s/ Lateefah Muhammad*
Lateefah Muhammad (Ala. Code MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Reply Brief to the Defendant's Objection to and Motion to Strike to Ryan Aday, Esquire, attorney for Defendant, by sending it to OGLETREE DEAKINS, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203, in the United States Mail, postage prepaid on this 27th day of February, 2008.

*/s/ Lateefah Muhammad*
Lateefah Muhammad

---

on the paycheck stub of each employee, indicating that it is the number to call to report complaints of discrimination **(see attached as Exhibit A)**.

2

# EXHIBIT A



Cost Center   Type   033813-033813
06519         S
Att: Payroll Department
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Ending: | 04/29/2005 |
| Check Date: | 05/06/2005 |
| Check Number: | 0071639994 |
| Batch Number: | 000000327 |

Taxable Marital Status: S
Social Security Number: ▮▮▮▮▮
Exemptions/Allowances
    Federal: 01
    State:   00
    Local:

KINERA LOVE
409 A TOOMER COURT APT 409 A
OPELIKA, AL 36830

| Earnings | Rate | Hours | This period | Year-to-date |
|---|---|---|---|---|
| REGULAR | 5.35 | 39.25 | 209.99 | 852.01 |
| **Gross Pay** | | | **$209.99** | **852.01** |

| Deductions | Statutory | | |
|---|---|---|---|
| | FICA EE | 13.01 | 52.82 |
| | MEDICARE | 3.04 | 12.35 |
| | FED W/H | 9.75 | 40.20 |
| | AL W/H | 7.32 | 29.82 |

**Net Pay** $176.87

Other Benefits and
Information     This period    Total to date

**Message:**
CALL 1-888-237-4114 TO REPORT
DISCRIMINATION

© 2001 Automatic Data Processing, Inc.

▼ TEAR HERE

# EXHIBIT B

*(See reverse side for complete instructions.)*


# Dollar General Personnel Action Form
*PLEASE PRINT IN BLACK INK, AND ONLY COMPLETE SECTIONS THAT ARE CHANGING.*

Social Security Number: 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
*(required for processing)*
Employee Name: Kinera Love

Effective Date of Change: 10/24/05

Store Stamp/Dept. Name:
Dollar General Store # 8605
1655 S College St
Auburn, AL 36832-6639

## ❏ Personal Changes    New Marital Status: ❏ Married    ❏ Single
Name Change: *(must attach a copy of Social Security Card showing the new legal name – required for processing)*
Previous Name: _____    New Name: _____
New Address: Street Address: _____    City: _____
State: _____    Zip: _____    New Home Phone Number: (___) ___-____

## ❏ Job Changes    ❏ Promotion    ❏ Demotion    ❏ Lateral Transfer    ❏ Pay Increase
Dept./Store/Cost Center: From: _____ To: _____    Rate of Pay: From: _____ To: _____
*Per hour or annual salary*
Job Code: From: _____ To: _____    Shift Code: From: _____ To: _____
*(Must change if promotion or demotion occurred)*
Position/Title: From: _____    Supervisor: _____
To: _____    Supervisor: _____
Job Status: ❏ Full Time    ❏ Part Time    ❏ DG Temporary

### Reason for Separation or Leave of Absence
Termination Date: 10/24/05    Leave Begin Date: __/__/__
Last Day Worked: 10/14/05    Leave End Date: __/__/__

**Resign**
( ) 01 Dissatisfied with employment
( ) 70 Failed to return to work from leave
( ) 06 Health reasons
( ) 04 Moved from area
( ) 05 Personal reasons
( ) 02 Pursue another job
( ) 71 Resigned during investigation
( ) 07 Retirement *(see instructions on reverse side for explanation)*
( ) 03 Return to school
( ) 08A Without notice – 3 consecutive work days, no call–no show
( ) 08B Without notice – walked off job during scheduled work hours
( ) 08 Without notification *(comments required below)*

**Discharge** *(See instructions on reverse side prior to discharge.)*
( ) 14 Excessive tardiness or absenteeism
( ) 40 Failure to meet hiring/employment criteria *(comments required below)*
( ) 41 Falsifying records
(X) 42 Inappropriate conduct *(comments required below)*
( ) 13 Insubordination *(comments required below)*
( ) 43 Mishandling or failure to protect company funds or assets (cash shortages, borrowing money from Company, etc.)
( ) 10 Not meeting performance standards
( ) 44 Unauthorized removal or use of company property
(X) 46 Violation of company policy/procedure *(comments required below)*
( ) 47 Violation of safety rules

**Leave of Absence**
*NOTIFY HR/HRIS FOR LEAVE APPROVAL.*
( ) 27 Extended Medical Leave
( ) 24 Family Medical Leave (FMLA)
( ) 20 Medical Leave (not FMLA eligible)
( ) 22 Military Leave
( ) 28 Pending Investigation
( ) 21 Personal Leave
*NOTIFY RISK MANAGEMENT FOR W/C LEAVE APPROVAL.*
( ) 23 Workers' Compensation

**Miscellaneous**
( ) 15 Death
( ) 16 Elimination of position
( ) 60 Hired but never worked
( ) 19 Lack of work
( ) 18A Store closing – natural disaster (tornado, fire, etc.)
( ) 18 Store closing – other
( ) 17 Other *(comments required below)*

Comments: Failed to be Interviewed in a store inters- (investigation). Refused to speak with the Asset Protection supervisor on the issues that were in question.

I certify that all the information above is correct.
X Kinera Love
Employee Signature    Date

I certify that all the information above is correct.
X [signature]    10/24/05
Manager/Supervisor Signature    Date

DGP-P-14  0702    Store changes send to: HRIS at Mission Ridge    DCs send to: DC Human Resources Dept.
Corporate and Field Management send to: Compensation Dept. at Mission Ridge
Love v. Dolgencorp
Def. Docs. Prod. 0011

# EXHIBIT C



*(See reverse side for complete instructions.)*

# Dollar General Personnel Action Form

PLEASE PRINT IN BLACK INK, AND ONLY COMPLETE SECTIONS THAT ARE CHANGING.

Social Security Number: 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
*(required for processing)*

Employee Name: Kinera Love

Store Stamp/Dept. Name: Dollar General Store # 8805
1655 S College St
Auburn, AL 36832-6708

Effective Date of Change: 11/09/05

## ☐ Personal Changes     New Marital Status: ☐ Married     ☐ Single

Name Change: *(must attach a copy of Social Security Card showing the new legal name – required for processing)*
Previous Name: _____     New Name: _____

New Address: Street Address: _____     City: _____
State: _____     Zip: _____     New Home Phone Number: (___) ___-____

## ☐ Job Changes   ☐ Promotion   ☐ Demotion   ☐ Lateral Transfer   ☐ Pay Increase

Dept./Store/Cost Center: From: _____ To: _____     Rate of Pay: From: _____ To: _____
                                                                 *Per hour or annual salary*   *Per hour or annual salary*

Job Code: From: _____ To: _____     Shift Code: From: _____ To: _____
*(Must change if promotion or demotion occurred)*

Position/Title: From: _____     Supervisor: _____
              To: _____       Supervisor: _____

Job Status: ☐ Full Time   ☐ Part Time   ☐ DG Temporary

### Reason for Separation or Leave of Absence

Termination Date: 11/09/05     Leave Begin Date: __/__/__
Last Day Worked: __/__/__       Leave End Date: __/__/__

| Resign | Discharge |
|---|---|
| | *(See instructions on reverse side prior to discharge.)* |
| ( ) 01  Dissatisfied with employment | ( ) 14  Excessive tardiness or absenteeism |
| ( ) 70  Failed to return to work from leave | ( ) 40  Failure to meet hiring/employment criteria *(comments required below)* |
| ( ) 06  Health reasons | ( ) 41  Falsifying records |
| ( ) 04  Moved from area | ( ) 42  Inappropriate conduct *(comments required below)* |
| ( ) 05  Personal reasons | ( ) 13  Insubordination *(comments required below)* |
| ( ) 02  Pursue another job | (X) 43  Mishandling or failure to protect company funds or assets (cash shortages, borrowing money from Company, etc.) |
| ( ) 71  Resigned during investigation | ( ) 10  Not meeting performance standards |
| ( ) 07  Retirement *(see instructions on reverse side for explanation)* | ( ) 44  Unauthorized removal or use of company property |
| ( ) 03  Return to school | ( ) 46  Violation of company policy/procedure *(comments required below)* |
| ( ) 08A  Without notice – 3 consecutive work days, no call-no show | ( ) 47  Violation of safety rules |
| ( ) 08B  Without notice – walked off job during scheduled work hours | |
| ( ) 08  Without notification *(comments required below)* | |

| Leave of Absence | Miscellaneous |
|---|---|
| *NOTIFY HR/HRIS FOR LEAVE APPROVAL.* | ( ) 15  Death |
| ( ) 27  Extended Medical Leave | ( ) 16  Elimination of position |
| ( ) 24  Family Medical Leave (FMLA) | ( ) 60  Hired but never worked |
| ( ) 20  Medical Leave (not FMLA eligible) | ( ) 19  Lack of work |
| ( ) 22  Military Leave | ( ) 18A  Store closing – natural disaster (tornado, fire, etc.) |
| ( ) 28  Pending Investigation | ( ) 18  Store closing – other |
| ( ) 21  Personal Leave | ( ) 17  Other *(comments required below)* |
| *NOTIFY RISK MANAGEMENT FOR W/C LEAVE APPROVAL.* | |
| ( ) 23  Workers' Compensation | |

Comments: Fail to Comply with Store Investigation

I certify that all the information above is correct.
X _____
Employee Signature                     Date

I certify that all the information above is correct.
X _Charles McDonald_  11-28-05
Manager/Supervisor Signature           Date

DGP-P-14  0702     Store changes send to: HRIS at Mission Ridge     DCs send to: DC Human Resources Dept.
                   Corporate and Field Management send to: Compensation Dept. at Mission Ridge

Love v. Dolgencorp
Def. Docs. Prod.  0012