IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE,           ) | |
|     Plaintiff,      ) | |
|                            ) | CIVIL ACTION NO.: |
| v.                     ) | 03-06cv1147-MHT-SRW |
|                            ) | |
| DOLLAR GENERAL CORPORATION, ) | |
|   d/b/a DOLGENCORP,    ) | |
|     Defendant.      ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT REPLY BRIEF
TO DEFENDANT'S OBJECTION AND MOTION TO STRIKE**

    The Plaintiff, by and through her attorney of record, files this Plaintiff's Motion for Leave to Supplement her Reply Brief to Defendant's Objection and Motion to Strike **(Doc. No. 49)**. The Plaintiff finds it necessary to file this Motion due the fact that the Defendant has not yet fully complied with the Plaintiff's discovery request. The Plaintiff avers that there are outstanding discovery materials once produced will aid her in responding more fully to the Defendant's objections raised as well as its requests to strike certain testimony offered by the Plaintiff and her key witness, Tiffany Cross.

    Further, the Plaintiff has filed, contemporaneously with this Motion, her Motion to Compel the Defendant to completely respond to her discovery request that was made back on 14 December 2007.

    While the Plaintiff is also filing, contemporaneously with this Motion, her Reply Brief with the Court, she avers that because certain discovery requests have not been produced, her

respond is deficient of some of the evidence needed that will allow the Court to properly review this matter.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will grant her Motion for Leave to Supplement her Reply Brief to Defendant's Objection and Motion to Strike.

>Respectfully submitted,
>
>*/s/ Lateefah Muhammad*
>Lateefah Muhammad (*Ala. Code* MUH001)
>ATTORNEY FOR PLAINTIFF
>
>Lateefah Muhammad, Attorney At Law, P.C.
>Post Office Box 1096
>Tuskegee, Alabama 36087
>(334) 727-1997 telephone and facsimile
>lateefahmuhammad@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Motion for Leave to Supplement Reply Brief to Defendant's Objection and Motion to Strike to Ryan Aday, Esquire, attorney for Defendant, by sending it to OGLETREE DEAKINS, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203, in the United States Mail, postage prepaid on this 27th day of February, 2008.

>*/s/ Lateefah Muhammad*
>Lateefah Muhammad

1