IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, )<br>)<br>   Plaintiff, )<br>) <br>v. )<br>)<br>DOLLAR GENERAL CORPORATION, )<br>d/b/a Dolgencorp, Inc., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:06cv1147-MHT |

ORDER

There being no objections within the time allowed, it is ORDERED that defendant Dollar General Corp.'s motion for leave to supplement (Doc. No. 50) is granted.

DONE, this the 28th day of February, 2008.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE