IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KINERA LOVE,** ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION NO.: |
| **v.** ) | 03-06cv1147-MHT-SRW |
| ) | |
| **DOLLAR GENERAL CORPORATION,** ) | |
|   d/b/a **DOLGENCORP,** ) | |
|     **Defendant.** ) | |

### DECLARATION OF TECHNICAL DIFFICULTIES

    Please take notice that the Plaintiff, Kinera Love, was unable to file her Reply Brief to Defendant's Objection and Motion to Strike in a timely manner due to technical difficulties. The deadline for filing the said Reply Brief was 27 February 2008. The reason(s) that I was unable to file the said Reply Brief in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth below.

    I attempted to file the said Reply Brief electronically on the evening of 27 February 2008, up to about 10:00 p.m. The amount time needed to complete the upload far exceeded the time remaining before the deadline would expire. After making the appropriate revisions on the document, preparing the necessary copies, I attempted to paper file the said Reply Brief by driving to the federal courthouse. When I arrived, the clock showed 12:01 a.m. on 28 February 2008.

Further, on the morning of 28 February 2008, at approximately 10:00 a.m., I informed the Clerk's Office of the technical difficulties I experienced in attempting to file the said Reply Brief electronically, and of my intent to file this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

                                      Respectfully submitted,

                                      *s/Lateefah Muhammad*
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on 28 February 2008, I electronically filed the foregoing Declaration of Technical Difficulties with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ryan Aday, Esquire, attorney for Defendant.

                                      *s/Lateefah Muhammad*
Lateefah Muhammad