IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:06cv1147-MHT |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| d/b/a DOLGENCORP, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's second motion to compel (Doc. # 61), filed February 28, 2008, and for good cause, it is

ORDERED that defendant shall file a response to the motion on or before March 6, 2008.

DONE, this 29th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE