IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KINERA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.3:06cv1147-MHT |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| d/b/a DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of plaintiff's second motion to compel (Doc. # 61), filed February 28, 2008, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as untimely.[1] See, e.g., Pushko v. Klebener, 2007 WL 2671263, *2 (M.D.Fla. 2007); Wakehouse v. Goodyear Tire & Rubber Co., 2007 WL 1340788, *6 (D.Neb. 2007); Sales v. State Farm Fire and Cas. Co., 632 F.Supp. 435, 436 (N.D.Ga.1986).

DONE, this 10th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The discovery cut-off in this case was February 15, 2008, and plaintiff has not shown good cause for failing to file her second motion to compel in a timely manner. Because plaintiff's second motion to compel raises alleged deficiencies in defendants' responses to discovery that were not raised in her first motion to compel, the court cannot construe the second motion as a renewal of the first motion pursuant to the court's order (Doc. # 40) entered February 11, 2008.