IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KINERA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.3:06cv1147-MHT |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| d/b/a DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause, it is

ORDERED that the consent protective order (Doc. # 44) filed February 13, 2008, is DENIED without prejudice. The parties may renew their motion with a modified proposed protective order as previously requested by the court.

DONE, this 10th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE