**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 12, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Kinera Love vs. Dollar General Corporation**
**Case Number: 3:06cv1147-MHT**

**Pleading : #69 - Motion for Consent Protective Order**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/11/2008 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | |
| DOLLAR GENERAL ) | 3:06-CV-1147-MHT |
| CORPORATION, ) | |
| d/b/a DOLGENCORP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR PROTECTIVE ORDER**

COME NOW Plaintiff Kinera Love ("Plaintiff") and Defendant Dolgencorp, Inc. ("Dolgencorp") and file their Joint Motion for Protective Order.

1. On March 11, 2008, the Parties filed a proposed joint Consent Protective Order for the Court's consideration.

2. Pursuant to the Court's instruction, the Parties are filing their Joint Motion for the entry of the previously filed Consent Protective Order.

WHEREFORE, PREMISES CONSDIDERED, the Parties respectfully request that the Court enter the previously filed proposed Consent Protective Order.

Respectfully submitted,

/s/ Lateefah Muhammad
Lateefah Muhammad
P.O. Box 1096
Tuskegee, AL 36087
Phone: (334) 727-1997

        s/Ryan M. Aday

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.
**Ogletree, Deakins, Nash,**
   **Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com