IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE,                     ) | |
|                                ) | |
|    Plaintiff,                ) | |
|                                ) | CIVIL ACTION NO. |
|    v.                        ) | 3:06cv1147-MHT |
|                                ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| doing business as           ) | |
| Dolgencorp, Inc.,           ) | |
|                                ) | |
|    Defendant.                ) | |

## ORDER

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order (Doc. No. 7) is amended to reflect that the pretrial is set for September 5, 2008, at 9:45 a.m. at the federal courthouse in Montgomery, Alabama, and that the trial is set for October 14, 2008, at the 10:00 a.m. at the federal courthouse in Opelika, Alabama, with all deadlines expressly tied to these two dates adjusted accordingly.

DONE, this the 17th day of March, 2008.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE