# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KINERA LOVE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO.:** |
| | ) |
| **DOLLAR GENERAL CORPORATION,** | )    **3:06-CV-1147-MHT** |
| **d/b/a DOLGENCORP, INC.** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

COMES NOW J. Trent Scofield of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2118, and hereby enters his appearance as additional counsel on behalf of Dolgencorp, Inc.

        Respectfully submitted,

        /s/ J. Trent Scofield
        J. Trent Scofield (SCO-024)
        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, AL 35203-2118
        Tel.: (205) 328-1900
        Fax: (205) 328-6000
        trent.scofield@odnss.com

        Attorney for Defendant Dolgencorp, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lateefah Muhammad, Christopher W. Deering, and Ryan M. Aday.

/s/ J. Trent Scofield
OF COUNSEL