IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | |
| DOLLAR GENERAL ) | 3:06-CV-1147-MHT |
| CORPORATION, ) | |
| d/b/a DOLGENCORP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## WITNESS LIST

COMES NOW Defendant Dolgencorp, Inc. ("Dolgencorp") and submits its Witness List in accordance with this Court's Scheduling Order:

I.  Witnesses Dolgencorp expects to present at trial:

    a. Kinera Love

    b. Charles McDonald

    c. Jeff Jennings

    d. Jack Trawick

    e. Johnnie Todd

    f. Tiffany Cross

    g. Candice Harrison

    h. Donna Tally

    i. Dolgencorp corporate representative(s) who may testify about human resources and pay policies, practices and/or procedures, and to

authenticate documents regarding those policies, practices, and/or procedures.

j. Individuals identified on Plaintiff's witness list.

k. Any witnesses needed for rebuttal or impeachment.

II. Witnesses who Dolgencorp may call if the need arises:

a. Dr. John Gam

b. Any other witnesses listed by Plaintiff in her Witness List.

c. Any witnesses needed for rebuttal or impeachment.

Dolgencorp reserves the right to supplement this witness list and to call as rebuttal witnesses individuals not identified herein.

Respectfully submitted,

/s/ Ryan M. Aday
J. Trent Scofield
Christopher W. Deering
Ryan M. Aday

Attorneys for Dolgencorp, Inc.

**OF COUNSEL:**
**OGLETREE, DEAKINS, NASH,**
**   SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the foregoing pleading upon Plaintiff's counsel via Electronic Filing and U.S. Mail on the 4th day of September, 2008.

Lateefah Muhammad
Lateefah Muhammad, Attorney at Law, P.C.
P.O. Box 1096
Tuskegee, Alabama 36087

/s/ Ryan M. Aday
OF COUNSEL