IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KINERA LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | |
| DOLLAR GENERAL ) | 3:06-CV-1147-MHT |
| CORPORATION, ) | |
| d/b/a DOLGENCORP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## EXHIBIT LIST

COMES NOW Defendant Dolgencorp, Inc. ("Dolgencorp") and submits its Exhibit List in accordance with this Court's Scheduling Order:

1. Dolgencorp Employment Form.

2. Plaintiff Kinera Love's Deposition Transcript, with exhibits.

3. Plaintiff Kinera Love's Personnel File.

4. Acknowledgment Form.

5. Declaration and Supplemental Declaration of Charles McDonald, with exhibits.

6. Plaintiff Kinera Love's Interrogatory Responses.

7. Declaration of Johnnie Todd, with exhibits.

8. All Affidavits of Plaintiff Kinera Love, with exhibits.

9. Dollar General Personnel Action Form dated October 24, 2005.

10. Employee Handbook.

11. ERC Incident Details.

12. Job Description for Assistant Store Manager.

13. Anti-Discrimination and Harassment Policy.

14. Anti-Discrimination and Harassment Posters.

15. Dollar General Dispute Resolution Documents.

16. Dismissal and Notice of Rights from EEOC.

17. All affidavits of Tiffany Cross, with exhibits.

18. Deposition transcript of Tiffany Cross, with exhibits.

19. Dr. John Gam's Deposition Transcript, with exhibits.

20. Decision on Unemployment Compensation Claim from Alabama Department of Industrial Relations.

21. Any other exhibits listed by Plaintiff in her Exhibit List.

22. Any documents needed for rebuttal or impeachment.

Respectfully submitted,

/s/ Ryan M. Aday
J. Trent Scofield
Christopher W. Deering
Ryan M. Aday

Attorneys for Dolgencorp, Inc.

**OF COUNSEL:**
**OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the foregoing pleading upon Plaintiff's counsel via Electronic Filing and U.S. Mail on the 4th day of September, 2008.

Lateefah Muhammad
Lateefah Muhammad, Attorney at Law, P.C.
P.O. Box 1096
Tuskegee, Alabama 36087

/s/ *Ryan M. Aday*
OF COUNSEL