IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KINERA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | |
| DOLLAR GENERAL CORPORATION, d/b/a DOLGENCORP, INC. | ) ) ) | 3:06-CV-1147-MHT |
| | ) | |
| Defendant. | ) ) | |

## IDENTIFICATION OF DEPOSITIONS TO BE USED AT TRIAL

COMES NOW Defendant Dolgencorp, Inc. ("Dolgencorp") and submits its list of depositions it intends to use at trial in accordance with this Court's Scheduling Order.

1. Deposition of Plaintiff Kinera Love.

2. Deposition of Tiffany Cross.

3. Deposition of Dr. John Gam.

Respectfully submitted,

/s/ Ryan M. Aday
J. Trent Scofield
Christopher W. Deering
Ryan M. Aday

Attorneys for Dolgencorp, Inc.

OF COUNSEL:
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the foregoing pleading upon Plaintiff's counsel via Electronic Filing and U.S. Mail on the 4th day of September, 2008.

Lateefah Muhammad
Lateefah Muhammad, Attorney at Law, P.C.
P.O. Box 1096
Tuskegee, Alabama 36087

/s/ Ryan M. Aday
OF COUNSEL